<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: September 25, 2002      NO. 02-2629

CASE CAPTION:  DALEY V. GRANADA US PRODUCTIONS, ET AL.

1. TRIAL COUNSEL            FOR PLAINTIFF: G. LENTZ

    FOR DEFENDANT: J. MEYERS

2. STATUS OF CASE:   DEFENDANT WILL FILE DISPOSITIVE MOTION. PLAINTIVE MAY FILE EXPERT REPORT WITH THE COURT.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

    PLAINTIFF   :
    DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

SO ORDERED:

_____
CHARLES R. WEINER, J.