*Princess of Thieves and sHerwood*

## SCENE BY SCENE ANALYSIS

| Princess of Thieves | sHerwood |
|---|---|
| **ACT I**<br><br>1. Voiceover introduces Robin Hood legend and adds there was "a tale kept secret and long forgotten: Robin Hood and Marion had a child – a daughter." | |
| 2. **(Nottingham Castle)** Cardaggian tells Sheriff that Robin Hood's newborn child is a daughter, not a son. Sheriff revokes order to put a price on child's head. They laugh at Robin Hood's bad luck. | |
| 3. **(Abbey)** Marion names infant child Gwyn and asks Robin to let no harm come to her. | |
| 4. **(Abbey)** Scene in Gwyn's bedroom – Gwyn ages from child to 17 year old while getting dressed. She is described as spirited, bright, impulsive, with a quick wit and quick temper. | **ACT I Scene I (Castle)**<br><br>1. Opens with 16 year old Robyn singing while getting dressed. Her song and her actions (rejects a lady's dress for a common maid dress) present Robyn as a rebellious non-conformist who wants to be free to do as she likes. |
| | 2. Margaret, a witch, sings that someone will die and she'll have immortality (vixens and cauldron in background). Margaret then awakens Prince John, tells him King Richard is alive, and that he has returned to Sherwood. Margaret agrees to ensure that Robin Hood will not interfere with John's plans for Richard in exchange for the Sands of Time, which has magical powers |
| | 3. Margaret and vixens sing about creating a youth potion with Robin Hood's blood and the Sands of Time. |

| | |
|---|---|
| 5. **(Abbey-outside)** Gwyn milks cow while Froderick, who has been raised with her at the Abbey, tutors her on Latin conjugations. She complains about her father's absence in the Crusades. Froderick chides her about Robin's duty to King. They wrestle, and Froderick, embarrassed, hurries away. | |
| 6. **(High road)** Robin Hood and Will Scarlett (disguised as Arabs) on their way home. | |
| 7. **(Abbey)** Gwyn and Tuck take honeycomb from beehive. Tuck asks Gwyn if she has feelings for Froderick, who clearly is in love with her. Gwyn responds that she loves him as a brother. Tuck tells her if she waits for a man to beat her skill, she may wait forever. White birds signal Robin Hood's arrival. | |
| 8. **(Abbey – bedroom)** Gwyn dresses and anxiously awaits her father's return, but he doesn't arrive. | |
| 9. **(Abbey- fire)** Froderick tries to comfort Gwyn, but she expresses her anger at Robin Hood's absence from her life. Robin Hood arrives with Will Scarlett and barely recognizes Gwyn. She greets him happily, but he quickly turns to other things, leaving her crestfallen. | |
| 10. **(Castle)** Courier brings word to Sheriff and Cardaggian that Richard has been mortally wounded in Jerusalem. Courier ends up being Prince John in disguise, who advises Sheriff that Prince Philip, Richard's illegitimate son and heir to the throne, is on his way from France, accompanied by Countess Tourtelot. John orders the Sheriff to kill Philip. Sheriff also promises to take care of Robin Hood. | 4. John, as he finishes getting dressed (completely focused on his reflection in the mirror), tells the Sheriff to bring Robin Hood to him before noon. |
| | **Scene II (Knottingham Market Square)**<br><br>1. Merchants sing – highlights the concerns and hard-working nature of common folk |

| | |
|---|---|
| 11. **(Abbey)** Discussion between Robin Hood and Will. Robin Hood doesn't have time to ride with Gwyn, see her skills or talk with her. Will urges Robin to pay attention to her, but Robin angrily rejects his urging, saying he has to protect Prince Philip and cannot take time to watch a girl jumping a horse. Gwyn overhears and asks to go with him. She tells Robin that he "can kill two birds with one stone," i.e. see her riding skills and protect Philip. Robin Hood says no, that he has enough to worry about and tells her she will see Philip at another time. Angered by his suggestion that she is only interested in meeting a young man, she argues with Robin Hood. Robin Hood tells her to stay here where she belongs. She angrily responds that he is reducing her to chattel, plucking chickens and mending socks. She leaves, and Robin tells Will that putting Philip on the throne will be dangerous. | |
| 12. **(Northern France)** Philip, Conrad and Countess ride in carriage. Philip dreads a king's duties. | |
| 13. **(Abbey)** Froderick listens to Gwyn. She explains that she and her father should be fighting together, not against each other. She says she doesn't want to be afraid of anything. | |
| 14. **(Northern France)** Messenger tells Countess that John has arranged to trap Philip and kill him. She reminds him that John promised to pay her traveling expenses. Conrad overhears and he and Philip leave. | |
| 15. **(Abbey)** Friar Tuck says goodbye to Robin Hood and Will; urges Robin to make amends with Gwyn, but he refuses. | |
| 16. **(Abbey – Gwyn's bedroom)** Gwyn cuts her hair. She awakens Froderick when stealing his clothes. Gwyn leaves on horseback, dressed as a boy, and Froderick tries to follow her. | |

| | |
|---|---|
| 17. **(France – England)** Conrad and Philip are walking and Philip gives Conrad his jacket. | |
| **ACT II**<br><br>1. **(Nottingham)**  Sheriff inquires if Robin Hood has been seen and expresses impatience that he has not been caught. | |
| 2. **(Part of Harwich)** Gwyn enters marketplace.  She intervenes when merchant yells at child and then steals his bag.  She runs through the marketplace and runs into Froderick and takes his horse to escape from the merchant.  She gives the merchant's bag to some poor children.  Robin and Will enter town disguised as monks. | 2. Robyn is ejected from Inn. John Little, known as Junior, picks her up and goes inside to buy her some food.  While Junior gets her food, Robyn gives her scarf to a beggar.  Junior tells her that he is the son of Little John, Robin Hood's friend.  She tells him that she wants to prove herself to her mother and father by being brave and daring.  She does not disclose her identity.  She and Junior engage in flirtatious banter.  Junior is patronizing and calls Robyn 'little sparrow.'  Robyn challenges Junior and demands he pay her more respect.  Robyn is smitten when Junior leaves and sings "He's So Kind." |
| | **Scene III (Castle – John's Chamber)**<br><br>1. John and Marian play chess and John tries to pressure her into marrying him.  Marian leaves and the Sheriff brings in King Richard.  After John revels in his capture, John orders the Jester to shave Richard so the loyalists will not recognize him.  John sings "Guilty" (rationalizing his treason).  Sends Jester with message to Margaret that John has Sands of Time and awaits Robin Hood's body.  John then tells Sheriff to have Richard put to death in the morning for hunting the king's deer. |
| | **Scene IV (Dungeon)**<br><br>1. King Richard is bound and gagged on floor.  One prisoner, recognizing Richard, wakes him.  All four sing "Treachery."  Marian then shows up and Richard asks Marian to find Robin Hood.  When Marian leaves, Richard and the prisoners attack the guards. |

|  | **Scene V (Back Hall of Castle)** |
|---|---|
|  | 1. Marian and Robyn meet.  Robyn is dressed in her father's old clothes.  Marian chides her for not dressing and acting more like a lady.  Robyn says she is going to the forest to live with Robin Hood and attacks (and rejects) Marian's "courtly" way of life.  Robyn leaves for forest.  Marian sings "I Can't Decide" (contemplating her love for Robin Hood, whom she left years before for life in the castle because she was tired of living in Sherwood Forest).  Song ends in duet with Robyn singing "He's So Kind" as she is on her journey. |
| 3.  **(English Coast near Harwich)**  Philip and Conrad on their way to meet Robin Hood.  Philip tells Conrad code words for recognizing Robin Hood. |  |
| 4.  **(Forest)** Gwyn and Froderick are eating stolen food by tree.  Froderick says she shouldn't steal.  Gwyn complains that John taxes the poor until they can't feed their children, then jails them for stealing.  Gwyn says her father stole from rich and gave to poor and no prison held him.  Froderick asks if Gwyn would like him better if he were more like Robin Hood.<br><br>Men come into forest looking for Philip.  Froderick tries to lead them astray, agreeing to meet Gwyn later in the chapel.  Gwyn is surrounded.  They think she is Philip.  She tries to fight back but she is outnumbered.  Robin Hood and Will arrive, still in disguise, and rescue her.<br><br>Robin Hood scolds Gwyn.  She tells him she stole some pies from a fat baron and gave them to hungry children.  Will starts to thank "the thief" for taking the guards from their posts, but Robin Hood angrily tells her to stay where she is until they can take her back to the Abbey.  Will supports her in her desire not to abandon Froderick. |  |

| | |
|---|---|
| 4. **(Prison/Dungeon)** Froderick is in chains. | |
| 5. **(Castle)** Cardaggian tells Sheriff about a man in Harwich stealing from the rich. He tells the Sheriff about Froderick who denies knowing anything about Robin Hood and claims to be in Harwich for archery tournament. Sheriff has Froderick released and followed. | |
| 6. **(Harwich)** Robin Hood, Will and Gwyn go to meet Froderick in chapel; Robin Hood and Will are captured by Cardaggian and his men after struggle. Cardaggian tells Robin Hood Philip's code words, which he tricked a friar into telling him. Froderick stops Gwyn from going to her father; tells her they have to get help. | |
| 7. **(Southampton – Port side of town)** Cardaggian tells Conrad and Philip that he has been sent to meet the son of a friend and speaks the code words. They believe he is Robin Hood. Conrad pretends to be Philip. He is shot in back with arrow. Philip escapes on horseback. Cardaggian lets him go, believing he has killed Philip. | |
| 8. **(Forest)** Gwyn Tells Froderick to go back and tell friars that Robin Hood and Will are prisoners and to get help. Recognizes that they are in prison because of her pride. Vows not to let her father die in prison. | |
| 9. **(Tower of London)** Robin Hood and Will are marched to the Tower of London, doors close behind them. | |

| | |
|---|---|
| 28. **(Forest)** Philip washes his face by the stream. Gwyn comes upon his horse and tries to steal it. Philip grabs her and they wrestle. He gets up when he realizes she is a woman. He offers to give her his horse and Gwyn is offended, sees this as condescension.<br><br>Philip says he is a stranger and needs a guide; says they can ride together. He says he wants to get back to France and safety. She is going to Nottingham, where there may be people who can help him. Both confess they are fugitives but do not reveal their identities. Gwyn seeks assurance that he is loyal to King Richard. When she gets it, agrees to ride with him. | |
| **ACT III**<br><br>1. **(Nottingham Harvest Festival)** Sheriff advised that rumors are spreading that Philip returns. Sheriff says he died. | |
| 2. **(Castle)** Countess admires John's clothes. Sheriff brings John a body. Countess says body is not Philip. John is furious, screams at Cardaggian. | |
| 3. **(Dungeon)** John goes to see Robin Hood and Will, asks where Philip is. Robin Hood and Will conjecture on which Philip. John orders the rack prepared. | |
| 4. **(Northampton)** Gwyn and Philip ride in; she says they must part because she's on the king's business. Says she has to free a man from prison to protect Philip. Philip tells her Robin Hood led Philip into a trap. They argue over Robin Hood's loyalty. He says he is Conrad and the man he came with is dead. She asks for his help to save her father. He refuses, saying they are no match for John's army. Then she reveals that Robin Hood is her father. | |

| | |
|---|---|
| 5. **(Dungeon)** Robin Hood thrown into cell, tells Will John won't kill them until find Philip or John crowned. Will says that it wasn't Gwyn's fault. Robin Hood said should have brought her along. | |
| 6. **(Castle)** John belittles Cardaggian for mistaking Conrad for Philip and not killing Philip. Tells Cardaggian to inform Sheriff that John will have both of their heads on a plate unless they bring him Philip's. | |
| | **Scene VI (Forest)**<br>1. Scene opens with merry men singing. Focus then turns to Junior and the National Parchment. Merry men discuss desire to do more than hunt deer and make the pages of the paper. |
| 7. **(Marketplace)** Gwyn and Philip discuss Philip's character (she still thinks he is Conrad). Gwyn tells him a prince has an obligation to serve the people. A merchant gives them notice of an archery contest, with dinner at the castle as the prize. Gwyn sees it as way into Castle to rescue her father. Gwyn misses her shot in 5th round but Philip is still in the contest. Sheriff ends it abruptly by moving target to 100 paces and getting a bull's eye. Gwyn takes Philip's shot and splits Sheriff's arrow. They lift her and cheer her. Sheriff comments that her style with a bow is like Robin Hood's. | 2. Robyn, disguised as a boy, arrives on the scene. In response to the merry men's teasing, Robyn (as Robert) challenges Junior to an archery contest. Junior hits a sapling offstage, but Robyn makes it fall. While they're celebrating her victory, they discover her true identity when her hat falls off and her hair spills out. |
| | 3. Robin Hood is pleased to see Robyn and is impressed with her shooting talents. They discuss Robyn living in forest and Robin Hood says no. Robin Hood sings "Not To Be." |
| | 4. Marian enters and after an awkward exchange with Robin Hood, she advises them that Richard is in danger and locked in the dungeon. She convinces him to put their differences aside and help him. Robin Hood then starts yelling out orders to the men to prepare for battle. |

| | |
|---|---|
| | 5. As Robyn goes to help, Junior tells her that battle is no place for a girl and that a woman's place is in the home. Robyn sings "The Forest" while challenging Junior to a blade duel, dagger fight and fist fight as she tries to convince him she is his equal. |
| | 6. Marian and Robin Hood enter and realize that Robyn and Junior are romantically attached. Robin Hood tells Junior to let Robyn help with horses and then sends her home until after battle. Robyn runs off. Marian convinces Robin Hood not to go after her and then Robin Hood enlists Marian's help. Marian and Robin Hood then discuss their past and their love. Robin Hood sings "Maid Marian" as they reminisce. |
| | 7. As Robin Hood and Marian kiss, some merry men enter and advise Robin Hood that someone by the stone caves is calling for Robin Hood and yelling for help. Robin Hood decides to go help and sends the others to the castle. |
| | **Scene VII (Caves)**<br><br>1. Margaret and vixens lure Robin Hood into a trap. After tying Robin Hood with a net and rope, Margaret kills Robin Hood with a knife while singing "Sleep." Margaret fills a chalice with Robin Hood's blood. |
| | **ACT II**<br>**Scene I (Main Hall of Castle)**<br><br>1. Scene opens with chorus singing "Margaret's Dirge." Margaret brings John Robin Hood's dead body and John gives her the Sands of Time. Margaret and John sing "The Tango." |

|  | **Scene II (Forest)** |
|---|---|
|  | 1. Robyn is in the forest singing "Not To Be," changing lyrics to express her struggle to find her identity. Junior then enters and tells Robyn that Robin Hood is dead. Robyn shows weakness over her father's death and questions her own strength. Junior tells story about his grandmother, tells Robyn to lean on him and then sings "You and Me." Death scene quickly transitions into a love scene where Robyn and Junior banter back and forth and express their love for each other. |
|  | 2. Margaret and one of the vixens head back to the cauldron. |
|  | 3. Robyn and Junior overhear and know the witches killed Robin Hood. [Scene ends with 2 songs: "I Needed You" and "Morning Is Here" – not in script.] |
|  | 4. Junior heads to castle and Robyn follows the witches. At their parting, Robyn again sings "He's So Kind." |
|  | **Scene III (Margaret's Shack)**<br><br>1. Margaret is stirring cauldron and saying spells. When Margaret exits to get other ingredients, Robyn enters and steals Sands of Time and puts extra ingredients in cauldron to destroy the potion. Scene closes with Margaret discovering that the Sands of Time are gone. |
| **ACT IV**<br><br>1. **(Banquet Hall in the Castle)** Gwyn and Philip are eating. Philip convinces Gwyn to leave when he recognizes Cardaggian. Sheriff gathers men to search for Philip and kill him. |  |
| 2. **(Forest – outside Castle)** Friars find Gwyn and Philip. Gwyn hugs Tuck and Froderick and tells them that Philip is dead. |  |

| | |
|---|---|
| 3. **(Camp in Sherwood Forest)** Friars have captured Sheriff. He tells Gwyn that Robin Hood and Will are in Tower of London.. | |
| 4. **(Castle)** Arrow barely misses Cardaggian; attached note to Cardaggian to bargain for Robin Hood and Will in exchange for Sheriff (note read in Gwyn's voice) | |
| 4.1 **(Camp)** Froderick tells Philip about the suffering of forest people and the burden of John's taxes. Philip mistakes Froderick as Gwyn's brother and Froderick says they're betrothed. | |
| 4.2 Philip encourages Gwyn to eat. Gwyn is depressed because she has done nothing to change the injustice and suffering around her. They again discuss Philip. She believes that he would improve England if he were alive. They discuss their feelings about their absent fathers, who were always away at war. | |
| 4.3 Froderick tells Gwyn he doesn't trust Philip and tells her he has a place for her to sleep. | |
| 4.4 Sheriff tricks Froderick, grabs his knife and escapes. | |
| 5. **(Camp – Dawn)** Gwyn awakens Froderick and yells at him for letting Sheriff escape. She tells Froderick that if Robin Hood hangs she'll never speak to him again. Philip tries to calm her. Froderick wants to return to Abbey but Philip refuses because he promised Gwyn he would free her father. | |
| 5.2 Philip takes over. He gathers the men to go to the Tower of London. | |

-11-

| | |
|---|---|
| **ACT V**<br><br>1. **(Dungeon – Rack Room)** John tells Robin Hood that Richard is dead. Robin, tied to the rack, answers "Long live King Philip." John replies that the next day is his own coronation. John has him tortured on the rack to extract information on Philip. Robin Hood doesn't give in. | |
| 2. (**Marketplace**) Rumors spread that Philip lives. | |
| 3. Gwyn and Philip lead troops to London. | |
| 4. **(Nottingham)** Sheriff and Cardaggian say to double guards. They plan the deaths of Gwyn and Philip. | |
| 5. **(Epping Forest – Near London)** Gwyn seeks Froderick's forgiveness. They discuss Gwyn's attraction to Philip. Froderick tells her that he told Philip they were betrothed. | |
| 6. Gwyn goes to speak with Philip. He admits he is fearful. He praises the courage of the forest people. Now he understands the injustice of Prince John and says Gwyn showed him that. She tells Philip she is not betrothed and they kiss. | |
| 7. Froderick says Philip is alive and Philip confirms it, shows signet ring. They bow to him, and all agree to fight in the name of King Richard. | |

| | |
|---|---|
| **ACT VI**<br><br>1. **(Forest)** An informer tells the Sheriff which of the men is Philip. The Sheriff's men ambush. Gwyn has a sword and she fights. Sheriff shoots at Philip. Froderick runs to save him and takes the arrow to save Philip. Philip comforts Gwyn and tells her that Froderick will be okay, John will not be crowned, and they will save her father. | |
| 2. **(Westminster Abbey)** John's coronation ceremony begins. | |
| 2.1 **(Tower)** While coronation takes place, Gwyn and Philip sneak into the tower. Gwyn saves Philip by shooting a guard in the hand. They open the gates and friars fight guards, with Tuck leading the charge. Tuck finds Will. Gwyn and Philip free Robin Hood. Robin Hood still not grateful, says he could get out of prison by himself. Robin Hood sends Gwyn with Philip to stop the coronation. Battle at the tower continues. Robin Hood and Sheriff meet and fight. Robin Hood flees Sheriff to meet Cardaggian. Gwyn shoots and stops Sheriff's arrow, saving Robin Hood. Robin Hood says "good shot." | **Act II Scene IV (Castle Halls)**<br><br>1. Battle scene (choreographed) where merry men are defeated and Prince John kills Junior. Merry men chant "Lord our God is good". |
| | 2. Marian and Robyn meet. Marian tells of the defeat and Junior's death. Robyn tells of Robin Hood's death. With the spirits of Robin Hood and Junior in silhouette, all four sing "Goodbye." |
| | 3. Marian has agreed to marry Prince John and is dressed for her wedding as Robyn looks on. She tells Robyn she has no choice. Robyn says Marian doesn't have the strength to make a choice and lead the life she believes in. |
| | 4. The Sands of Time bottle sings "Hello There." |

|  | **Scene V** |
|---|---|
|  | 1. Song continues. Robyn then reads instructions on bottle for reversing time. She sprinkles the sand and recites the spell. The scenes begin to reverse as "The Sands of Time" plays. |
|  | 2. Robyn is transported back to the moment before Robin Hood's murder. Robyn jumps onto Margaret and frees Robin Hood who slits Margaret's throat. Robyn blows Sands of Time into Margaret's wound., which causes her death. |
|  | 4. Junior finds them and Robin Hood thanks Robyn for taking care of him and he recognizes her abilities. Robyn and Robin Hood reconcile and all three head to castle after Robin Hood says he needs Robyn in his band. |
|  | **SCENE VI (Castle)** <br><br> 1. Replay of previous battle scene. This time Robin Hood saves Junior. Robyn then saves Marian by placing a sack over John's head, and then Junior takes over. Merry men prevail. |
| 2.2 **(Westminster Abbey)** Coronation Ceremony of John. Philip stops coronation. No one listens to John's commands to arrest Philip. Gwyn enters and stops his shouting, tells him his days of tyranny are over. She gives Philip the crown. |  |
| 3. **(Castle)** Philip tells Gwyn, dressed as a woman, he has made Froderick a member of his cabinet. They realize they can't be married, but she swears to serve him. |  |
| 4. **(Stable)** Robin Hood explains that he acted the way he did because he wanted something better for his daughter. He realizes she's just like him. He offers to start again as partners to serve the king together. | 2. Robin Hood saves Richard from Sheriff. Robin Hood acknowledges that he underestimated Robyn. |

-15-

| | |
|---|---|
| 5. **(Castle grounds)** Concludes by saying Philip never married and devoted himself to a commoner – Gwyn. | |
| | 3. Richard thanks Robyn as if she's saved the whole day. Richard then grants Marian's request to return to Robin Hood and offers them Locksley Castle to live in. Robin Hood retires from Sherwood Forest and places Robyn and Junior in charge of merry men. Play ends with music and songs. |